CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 3 1 2011

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WANDA MAE STILWELL, | ) | Civil Action No. 7:10cv00088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** in full, the plaintiff's objections to the Report and Recommendation are **OVERRULED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER: This 31st day of May, 2011.

/s/ James C. Turk
Senior United States District Judge